EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Gladys Fernández de Ruiz | 2007 TSPR 130 171 DPR ____ |

Número del Caso: TS-3109

Fecha: 21 de junio de 2007

Abogada de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Marla D. Ríos Díaz
Directora Interina

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Gladys Fernández de Ruiz          TS-3109


RESOLUCIÓN

San Juan, Puerto Rico, a 21 de junio de 2007.

Examinada la Moción urgente solicitando reinstalación a la notaría, presentada por la peticionaria, la licenciada Gladys Fernández de Ruiz, y la Moción informativa en cumplimiento de orden Presentada por la Directoria Interina de la Oficina de Inspección de Notarías en la que acredita que la peticionaria subsanó las deficiencias en su obra notarial y que sus protocolos fueron aprobados, se reinstala a la licenciada Fernández de Ruiz al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo